IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | |
| Petitioner, | ) | 8:08CV280 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ATTORNEY GENERAL, | ) | MEMORANDUM OPINION |
| Agent(s), et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on its own motion. On December 8, 2008, the Court entered an order requiring plaintiff "to pay the entire $350.00 filing fee or submit a certified trust account" by January 5, 2009 (Filing No. 14 at CM/ECF p. 2). The Court warned plaintiff that if he failed to comply with the Court's order, "this matter will be dismissed without prejudice and without further notice." (*Id.*) Plaintiff has not paid the filing fee, submitted a motion to proceed in forma pauperis, or filed any other response to the Court's December 8, 2008, order. A separate judgment will be entered in accordance with this memorandum and order.

DATED this 9th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court