IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ROBLES, | ) | |
| | ) | |
| Petitioner, | ) | 8:08CV280 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. ATTORNEY GENERAL, | ) | ORDER |
| Agent(s), et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on its own motion. On February 27, 2009, the Court entered a memorandum and order requiring plaintiff "to either submit the appellate filing fee of $455.00 or a motion to proceed in forma pauperis" by March 16, 2009 (Filing No. 19 at CM/ECF p. 1). Plaintiff was warned that if he failed to comply with the Court's order, his appeal would not be processed. (*Id.*) Plaintiff has not paid the filing fee, submitted a motion to proceed in forma pauperis, or filed any other response to the Court's February 27, 2009, order. Accordingly,

IT IS ORDERED:

1. Plaintiff shall not be granted leave to appeal in forma pauperis.

2. The clerk of court shall not process the appeal to the Court of Appeals.

3.  The Clerk of court is directed to immediately forward a copy of this order to the parties and to the Eighth Circuit Court of Appeals.

DATED this 11th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court